UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:13-cr-120-T-33TGW

TRESSA V. GUY
_____/

**ORDER**

This matter is before the Court sua sponte. On February 27, 2014, this Court entered its Judgment in a Criminal Case (Doc. # 74) reflecting that Defendant pleaded guilty to counts one and eleven of the Indictment and that counts two through ten of the Indictment were dismissed on the motion of the Government. (Id.). As to the term of imprisonment, the Judgment specified that "defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **NINETY-SEVEN (97) MONTHS** as to Count ONE and **TWENTY-FOUR (24) MONTHS** as to Count ELEVEN. All such terms to run consecutively." (Id. at 2). The Judgment directed Defendant to "surrender within 35 to 45 days for service of sentence at the institution designated by the Bureau of Prisons." (Id.).

At this juncture, Defendant has not surrendered herself to the designated institution; however, the Court has been advised that Defendant's failure to self-surrender is owing to

an oversight of the Bureau of Prisons. Specifically, the Bureau of Prisons was delayed in obtaining medical information to ensure correct facility designation. The Court accordingly directs the Clerk to issue an Amended Judgment ordering Defendant to self-surrender to a facility designated by the Bureau of Prisons on a date determined by the Bureau of Prisons.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

The Clerk is directed to issue an Amended Judgment consistent with the foregoing.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 17th day of April, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record
          Bureau of Prisons

2