```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                    Case No: 8:13-cr-102-T-33TGW

TRESSA V. GUY
_____/

### ORDER

This matter is before the Court pursuant to Defendant Tressa V. Guy's pro se Motion requesting victim identification information (Doc. # 91), which was filed on July 3, 2014. The Government filed a Response in Opposition to the Motion on July 21, 2014 (Doc. # 93). For the reasons that follow, the Court denies the Motion.

### Discussion

This case arises from Guy's involvement in a complex, multi-million dollar identity theft and tax fraud scheme. On October 3, 2013, Guy entered into a Plea Agreement with the Government in which she admitted guilt with respect to counts One and Eleven of the Indictment charging Guy with conspiracy to commit wire fraud and aggravated identity theft. (Doc. # 41). On February 27, 2014, the Court sentenced Guy to ninety-seven months imprisonment as to count One and twenty-four months imprisonment as to count Eleven, to run consecutively. (Doc. # 71). The Court also imposed a term of supervised

release. (Id.). As reflected in the Court's Amended Judgment, the Court ordered Defendant to make restitution in the amount of $790,421.28. (Doc. # 80 at 5). The Amended Judgment reflects that "restitution shall be paid jointly and severally with co-defendant Brian E. Simmons." (Id.).

Guy has filed a Motion in which she requests that the Court "send [her] the amount of victims [she] was held accountable for and the amount of victims that came forward." (Doc. # 91 at 1). As noted by the Government, Guy's Motion is devoid of legal authority in support of her request for post-conviction discovery. In addition, making reference to the Pre-Sentence Investigation Report, the Government points out that Guy's advisory guideline range was determined based on there being greater than 250 victims, and the PSR specifically noted that there were 322 identifiable victims. In addition, Guy did not object to paragraph 28 of the PSR at sentencing, which stated that 322 fraudulent tax returns were filed in 2011 pursuant to the scheme charged in the indictment. The Plea Agreement that Guy signed also noted that "the identities used to file the fraudulent tax returns in this scheme belong to individuals living in various states across the country. As part of the conspiracy, at least 322 federal income tax returns for tax year 2011 were filed from nine IP addresses

2

claiming returns of $2,701,844.00 and resulting in a loss to the IRS of $790,421.28." (Doc. # 41 at 15). The Government indicates that "no victims came forward at sentencing." (Doc. # 93 at 2).

Guy has been adjudicated guilty, sentenced, and the time period for her direct appeal (to the extent not waived in her Plea Agreement) has expired; thus, she is not entitled to the relief sought in her Motion.[1]

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Tressa V. Guy's pro se Motion requesting victim identification information (Doc. # 91) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 22nd day of July, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record

---

[1] The Plea Agreement specifies, inter alia, that Guy "expressly waives the right to appeal [her] sentence on any ground." (Doc. # 41 at 11).

3